1  Christopher L. Muzzo
   **Gonzalez Saggio Harlan LLP**
2  One Financial Way, Suite 312
   Cincinnati, OH 45242
3  Telephone: (513) 792-6732
   Facsimile: (513) 792-6724
4  Email: christopher_muzzo@gshllp.com

5  Attorneys for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX         | Case No.: 10-4274 CRB |
   | MARKETING SALES PRACTICES AND      |                       |
13 | PRODUCT LIABILITY LITIGATION       | **MDL NO. 1699**      |
   |                                    | **District Judge: Charles R. Breyer** |
14 |
15 | Janet Gildea,                      |
   |
16 |                        Plaintiff,  | **STIPULATION AND ORDER OF**
   |                                    | **DISMISSAL WITH PREJUDICE**
17 | vs.                                |
   |
18 | Pfizer Inc,                        |
   |
19 |                        Defendant.  |
   |
20 |

21

22     Come now the Plaintiff and Defendant in the above-entitled action, by and through the

23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

25 //

26 //

27 //

28 //

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

fees and costs.

DATED: 11/15, 2010   By: /s/

**GONZALEZ SAGGIO HARLAN LLP**
One Financial Way, Suite 312
Cincinnati, Ohio 45242
Telephone: (513) 792-6732
Facsimile: (513) 792-6724

*Attorneys for Plaintiff*

DATED: 1/20/2011   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 25, 2011

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE